AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dawson, Robert T | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>03/26/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P O Box 1624<br>Fort Smith, AR 72902-1624 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE
2008 JUN 23 A 10: 56
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Int'l Judicial Academy Sir Richard May Seminar on Int'l Law and Int'l Courts | 09/23/07-9/23/07 | The Hague | Educational | Partial reimbursement for transportation, lodging and food. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   TIAA-CREF | C | Interest | M | T | | | | | |
| 2.   Enterprise Growth Fund Cl A 215 | A | Dividend | J | T | | | | | |
| 3.   Stephens Production Company (oil & gas) | A | Royalty | J | W | | | | | |
| 4.   XTO Energy (oil & gas) | A | Royalty | J | W | | | | | |
| 5.   Cypress Production (oil & gas) | A | Royalty | J | W | | | | | |
| 6.   Tellus Operating (oil & gas) | A | Royalty | J | W | | | | | |
| 7.   ACXIOM | A | Dividend | K | T | | | | | |
| 8.   Simon Property Group | B | Dividend | K | T | | | | | |
| 9.   Alltel Corp Del | B | Dividend | | | sold | 11/19 | L | E | |
| 10.   Motorola Inc. | A | Dividend | K | T | | | | | |
| 11.   USA Truck | A | Dividend | J | T | | | | | |
| 12.   Arkansas St College Svgs B | B | Interest | J | T | | | | | |
| 13.   Arkansas St College Svgs B | B | Interest | K | T | | | | | |
| 14.   Arkansas St College Svgs C | B | Interest | | | matured | 06/04 | K | A | |
| 15.   Arkansas St College Svgs A | B | Interest | K | T | | | | | |
| 16.   Arkansas St College Svgs B | B | Interest | | | matured | 0604 | K | A | |
| 17.   Cisco Sys Inc. | A | Dividend | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Coca Cola | A | Dividend | K | T | | | | | |
| 19. Wachovia Corporation | A | Dividend | J | T | | | | | |
| 20. General Electric | A | Dividend | K | T | | | | | |
| 21. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 22. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 23. McDonalds Corp | A | Dividend | J | T | | | | | |
| 24. Little Rock AR New Pub Hsg Auth Calls | A | Interest | J | T | | | | | |
| 25. Southwest Airlines | A | Dividend | J | T | | | | | |
| 26. Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 27. Intel Corp | A | Dividend | J | T | | | | | |
| 28. Walt Disney | A | Dividend | J | T | | | | | |
| 29. US Treasury Bond Fed | A | Interest | | | matured | 10/31 | J | A | |
| 30. Alcatel-Lucent Technologies | A | Dividend | J | T | | | | | |
| 31. Jonesboro AR City Wtr | A | Interest | J | T | | | | | |
| 32. Sun Microsystems | A | Dividend | J | T | | | | | |
| 33. American Small Cap World | A | Dividend | J | T | | | | | |
| 34. Home Depot | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard 500 Index Fund | A | Dividend | N | T | | | | | |
| 36. Avaya Inc. | A | Dividend | | | sold | 10/29 | J | A | |
| 37. NASDAQ 100 Unit Trust Series I/Power Shares QQQ | A | Dividend | M | T | sold/partial | 9/26 | K | B | |
| 38. Janus Fund #42 | A | Dividend | | | sold | 9/24 | K | A | |
| 39. Vanguard 500 Index Fund | A | Dividend | | | sold | 9/24 | K | A | |
| 40. Vanguard Life Strategy Growth Fund | A | Dividend | J | T | | | | | |
| 41. Sebastian County Junior College | A | Interest | J | T | | | | | |
| 42. Watson Chapel AR School Dist. | A | Interest | J | T | | | | | |
| 43. Nettleton AR School Dist. | A | Interest | | | matured | 06/04 | J | A | |
| 44. Merck & Co. | A | Dividend | J | T | | | | | |
| 45. Tenn Valley Auth Zero Coupon | A | Interest | J | T | | | | | |
| 46. LeSalle Bank NA | A | Interest | J | T | | | | | |
| 47. Univ of Ark | A | Interest | J | T | | | | | |
| 48. Cinergy Corp/Duke Energy | B | Dividend | K | T | | | | | |
| 49. Ameren Corp | A | Dividend | J | T | | | | | |
| 50. Consolidated Edison | A | Dividend | J | T | | | | | |
| 51. Bank of Hapoalim NY | A | Interest | L | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dawson, Robert T | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 53. Pub Svc Ent | A | Dividend | J | T | bought | 09/08 | J | | |
| 54. Little River Cty AR Rev. | A | Interest | J | T | | | | | |
| 55. Bank of America | A | Dividend | J | T | | | | | |
| 56. Conoco Phillips | A | Dividend | J | T | | | | | |
| 57. Entergy Corp | A | Dividend | J | T | | | | | |
| 58. Phoenix Rising | A | Dividend | J | T | | | | | |
| 59. Murphy Oil | A | Dividend | J | T | | | | | |
| 60. Bank of America | A | Dividend | J | T | | | | | |
| 61. Ark St Fed Hwy Grant | A | Interest | K | T | | | | | |
| 62. GMAC Bond | A | Interest | M | T | | | | | |
| 63. Blackrock Global | A | Interest | J | T | | | | | |
| 64. Windstream/Alltel | A | Dividend | K | T | | | | | |
| 65. Little Rock AR New Pub | A | Interest | J | T | | | | | |
| 66. Amer Funds Cap Inc. | A | Dividend | J | T | | | | | |
| 67. Amer Funds Euro Pacific | A | Dividend | J | T | | | | | |
| 68. Amer funds Washington Mutual | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   Janus Worldwide Fund (IRA) | E | Int./Div. | M | T | | | | | |
| 70.   Spectra | A | Dividend | J | T | bought | 01/09 | J | | |
| 71.   Goldman Sachs | A | Interest | K | T | exchange | 12/19 | J | | |
| 72.   Bentonville, AR Sch | A | Interest | K | T | bought | 06/26 | J | | |
| 73.   Hartford Life Ins. Bond | A | Interest | K | T | bought | 06/15 | K | | |
| 74.   Crittenden County Bond | A | Interest | J | T | bought | 02/01 | J | | |
| 75.   Conway AR Sch Bond | A | Interest | J | T | bought | 06/26 | J | | |
| 76.   Nuveen Prem Ins. | A | Interest | J | T | bought | 02/05 | K | | |
| 77.   Kinder Morgan | A | Interest | J | T | bought | 02/14 | J | | |
| 78.   Ark St Higher Educ | A | Interest | J | T | bought | 05/07 | J | | |
| 79.   J P Morgan Chase | A | Interest | J | T | bought | 01/07 | J | | |
| 80.   Hartford Growth bond | A | Interest | J | T | bought | 11/28 | J | | |
| 81.   Fed Kaufman Small Cap | A | Interest | J | T | bought | 11/28 | J | | |
| 82.   Matthews Asia | A | Interest | J | T | bought | 11/28 | J | | |
| 83.   John  Hancock Large Cap | A | Interest | J | T | bought | 11/28 | J | | |
| 84.   DWS Deeman High Ret | A | Interest | J | T | bought | 11/28 | J | | |
| 85.   Allianz NFJ | A | Interest | J | T | bought | 11/28 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)        U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Julius Baer Int'l | A | Interest | J | T | bought | 11/28 | J | | |
| 87. Mutual Discovery | A | Interest | J | T | bought | 11/28 | J | | |
| 88. Davis New York | A | Interest | J | T | bought | 11/28 | J | | |
| 89. Ivy Global Natural | A | Interest | J | T | bought | 11/28 | J | | |
| 90. Allianz CCM Cap | A | Interest | J | T | bought | 11/28 | J | | |
| 91. Neuberg & Bermn | A | Interest | J | T | bought | 11/28 | J | | |
| 92. AIM Int'l | A | Interest | J | T | bought | 11/28 | J | | |
| 93. Crocs | A | Interest | J | T | bought | 07/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Dawson, Robert T | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>03/26/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P O Box 1624<br>Fort Smith, AR 72902-1624 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 14 A 11: 16 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Int'l Judicial Academy Sir Richard May Seminar on Int'l Law and Int'l Courts | 09/23/07-9/23/07 | The Hague | Educational | Partial reimbursement for transportation, lodging and food. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dawson, Robert T | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | C | Interest | M | T | | | | | |
| 2. Enterprise Growth Fund Cl A 215 | A | Dividend | J | T | | | | | |
| 3. Stephens Production Company (oil & gas) | A | Royalty | J | W | | | | | |
| 4. XTO Energy (oil & gas) | A | Royalty | J | W | | | | | |
| 5. Cypress Production (oil & gas) | A | Royalty | J | W | | | | | |
| 6. Tellus Operating (oil & gas) | A | Royalty | J | W | | | | | |
| 7. ACXIOM | A | Dividend | K | T | | | | | |
| 8. Simon Property Group | B | Dividend | K | T | | | | | |
| 9. Alltel Corp Del | B | Dividend | | | sold | 11/19 | L | E | |
| 10. Motorola Inc. | A | Dividend | K | T | | | | | |
| 11. USA Truck | A | Dividend | J | T | | | | | |
| 12. Arkansas St College Svgs B | B | Interest | J | T | | | | | |
| 13. Arkansas St College Svgs B | B | Interest | K | T | | | | | |
| 14. Arkansas St College Svgs C | B | Interest | | | matured | 06/04 | K | A | |
| 15. Arkansas St College Svgs A | B | Interest | K | T | | | | | |
| 16. Arkansas St College Svgs B | B | Interest | | | matured | 0604 | K | A | |
| 17. Cisco Sys Inc. | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2.500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,000 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coca Cola | A | Dividend | K | T | | | | | |
| 19. Wachovia Corporation | A | Dividend | J | T | | | | | |
| 20. General Electric | A | Dividend | K | T | | | | | |
| 21. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 22. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 23. McDonalds Corp | A | Dividend | J | T | | | | | |
| 24. Little Rock AR New Pub Hsg Auth Calls | A | Interest | J | T | | | | | |
| 25. Southwest Airlines | A | Dividend | J | T | | | | | |
| 26. Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 27. Intel Corp | A | Dividend | J | T | | | | | |
| 28. Walt Disney | A | Dividend | J | T | | | | | |
| 29. US Treasury Bond Fed | A | Interest | | | matured | 10/31 | J | A | |
| 30. Alcatel-Lucent Technologies | A | Dividend | J | T | | | | | |
| 31. Jonesboro AR City Wtr | A | Interest | J | T | | | | | |
| 32. Sun Microsystems | A | Dividend | J | T | | | | | |
| 33. American Small Cap World | A | Dividend | J | T | | | | | |
| 34. Home Depot | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard 500 Index Fund | A | Dividend | N | T | | | | | |
| 36. Avaya Inc. | A | Dividend | | | sold | 10/29 | J | A | |
| 37. NASDAQ 100 Unit Trust Series I/Power Shares QQQ | A | Dividend | M | T | sold | 9/26 | K | B | |
| 38. Janus Fund #42 | A | Dividend | | | sold | 9/24 | K | A | |
| 39. Vanguard 500 Index Fund | A | Dividend | | | sold | 9/24 | K | A | |
| 40. Vanguard Life Strategy Growth Fund | A | Dividend | J | T | | | | | |
| 41. Sebastian County Junior College | A | Interest | J | T | | | | | |
| 42. Watson Chapel AR School Dist. | A | Interest | J | T | | | | | |
| 43. Nettleton AR School Dist. | A | Interest | | | matured | 06/04 | J | A | |
| 44. Merck & Co. | A | Dividend | J | T | | | | | |
| 45. Tenn Valley Auth Zero Coupon | A | Interest | J | T | | | | | |
| 46. LeSalle Bank NA | A | Interest | J | T | | | | | |
| 47. Univ of Ark | A | Interest | J | T | | | | | |
| 48. Cinergy Corp/Duke Energy | B | Dividend | K | T | | | | | |
| 49. Ameren Corp | A | Dividend | J | T | | | | | |
| 50. Consolidated Edison | A | Dividend | J | T | | | | | |
| 51. Bank of Hapoalim NY | A | Interest | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 53. Pub Svc Ent | A | Dividend | J | T | | | | | |
| 54. Little River Cty AR Rev. | A | Interest | J | T | | | | | |
| 55. Bank of America | A | Dividend | J | T | | | | | |
| 56. Conoco Phillips | A | Dividend | J | T | | | | | |
| 57. Entergy Corp | A | Dividend | J | T | | | | | |
| 58. Phoenix Rising | A | Dividend | J | T | | | | | |
| 59. Murphy Oil | A | Dividend | J | T | | | | | |
| 60. Bank of America | A | Dividend | J | T | | | | | |
| 61. Ark St Fed Hwy Grant | A | Interest | K | T | | | | | |
| 62. GMAC Bond | A | Interest | M | T | | | | | |
| 63. Blackrock Global | A | Interest | J | T | | | | | |
| 64. Windstream/Alltel | A | Dividend | K | T | | | | | |
| 65. Little Rock AR New Pub | A | Interest | J | T | | | | | |
| 66. Amer Funds Cap Inc. | A | Dividend | J | T | | | | | |
| 67. Amer Funds Euro Pacific | A | Dividend | J | T | | | | | |
| 68. Amer funds Washington Mutual | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Janus Worldwide Fund (IRA) | E | Int./Div. | M | T | | | | | |
| 70. Spectra | A | Dividend | J | T | bought | 01/09 | J | | |
| 71. Goldman Sachs | A | Interest | K | T | exchange | 12/19 | J | | |
| 72. Bentonville, AR Sch | A | Interest | K | T | bought | 06/26 | J | | |
| 73. Hartford Life Ins. Bond | A | Interest | K | T | bought | 06/15 | K | | |
| 74. Crittenden County Bond | A | Interest | J | T | bought | 02/01 | J | | |
| 75. Conway AR Sch Bond | A | Interest | J | T | bought | 06/26 | J | | |
| 76. Nuveen Prem Ins. | A | Interest | J | T | bought | 02/05 | K | | |
| 77. Kinder Morgan | A | Interest | J | T | bought | 02/14 | J | | |
| 78. Ark St Higher Educ | A | Interest | J | T | bought | 05/07 | J | | |
| 79. J P Morgan Chase | A | Interest | J | T | bought | 01/07 | J | | |
| 80. Hartford Growth bond | A | Interest | J | T | bought | 11/28 | J | | |
| 81. Fed Kaufman Small Cap | A | Interest | J | T | bought | 11/28 | J | | |
| 82. Matthews Asia | A | Interest | J | T | bought | 11/28 | J | | |
| 83. John Hancock Large Cap | A | Interest | J | T | bought | 11/28 | J | | |
| 84. DWS Deeman High Ret | A | Interest | J | T | bought | 11/28 | J | | |
| 85. Allianz NFJ - | A | Interest | J | T | bought | 11/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Julius Baer Int'l | A | Interest | J | T | bought | 11/28 | J | | |
| 87. Mutual Discovery | A | Interest | J | T | bought | 11/28 | J | | |
| 88. Davis New York | A | Interest | J | T | bought | 11/28 | J | | |
| 89. Ivy Global Natural | A | Interest | J | T | bought | 11/28 | J | | |
| 90. Allianz CCM Cap | A | Interest | J | T | bought | 11/28 | J | | |
| 91. Neuberg & Bermn | A | Interest | J | T | bought | 11/28 | J | | |
| 92. AIM Int'l | A | Interest | J | T | bought | 11/28 | J | | |
| 93. Crocs | A | Interest | J | T | bought | 07/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/26/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544